# EXHIBIT A

# Civil Court of the City of New York
**County of Bronx**

Patrice Neil
        Plaintiff(s)
-against-
Credence Resource Management, LLC
        Defendant(s)

Index Number: **CV-010559-24/BX**

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE:
Where Cause of Action Arose

Plaintiff's Address (s):
Patrice Neil
1410 Wood Road
Apartment MH
Bronx, NY 10462

To the named defendant (s)

Credence Resource Management, LLC (Deft), at 4222 Trinity Mills Road, Dallas, TX 75287

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Bronx at the office of the Clerk of the said Court at **851 Grand Concourse**, in the County of **Bronx**, City and State of New York, within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $15,000.00 and interest as detailed below. Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: July 8, 2024          **Alia Razzaq**          *Alia Razzaq*
                                                                                                                       CHIEF CLERK

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows: **Other for $15,000.00 with interest from 12/12/2023.** Violation under FCRA 15 USC 1681b(a)(2) Unauthorize inquiries. NYS General business law (GBL) 380, identity theft, invasion of privacy; hippa violation

### *NOTE TO THE DEFENDANT

A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within **TWENTY** days after such service; or

B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

C) Following CPLR 321(a) corporations must be represented by an attorney.

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*(See 22NYCRR. Section 130-1.1a)*

SIGN NAME: *Patrice Neil*
PRINT NAME: Patrice Neil

TO BE SERVED ON DEFENDANT

FEE PAID

JUL 08 2024
CIVIL COURT
BRONX COUNTY

#12136
07/31/25
USX DIANE

920AM
07/15/24

Civil Court of the City of New York  
County of Bronx

Index no: CV-010559-24/BX

Patrice Neil
        Plaintiff(s)  
-against-  
Credence Resource Management, LLC  
        Defendant(s)

Affirmation of Service of Summons with Endorsed Complaint  
(Personal and Corporate)

State of New York, County of _____ ss:

_____, being duly sworn, deposes and says:  
(Name of Server)

I am over 18 years of age and **not a party** to this action.

At _____ ,AM/PM, on _____ at _____  
(Time)     (Date)     (Address)

in the County of _____, City/State of New York, I served the attached  
(Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on _____  
(Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

_____ who is:  
(Name of actual person with whom the SUMMONS was left)

[ ] The said defendant in person,  
  or,  
[ ] known to me to be the _____ of the _____  
        (Title)        (Corporation/Partnership)

**Description of Individual Served in Person:**

Sex: _____  Color of Skin: _____  Color of Hair: _____  
Approximate Age: _____  Approximate Weight: _____  Approximate Height: _____

**Affirmation of Truth of Statement**

I affirm this ____ day of _____, 20___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

(Sign) _____

(Print) _____