# EXHIBIT B

Case 1:24-cv-05901-GHW    Document 1-2    Filed 08/02/24    Page 1 of 3

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
_____

Patrice Neil,

   Plaintiff,

                 Index No.: CV-010559-24/BX

v.

Credence Resource Management, LLC,

   Defendant.
_____/

## **NOTICE OF FILING NOTICE OF REMOVAL**

  PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Southern District of New York. Attached hereto as Exhibit "1" is a copy of the Notice of Removal filed in the United States District Court, Southern District of New York effecting such removal.

  PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of such Notice with this Court, effects the removal of this action and this Court may proceed no further unless and until the case is remanded.

  Dated: August 2, 2024

                Respectfully Submitted,

                /s/ Aaron R. Easley
                Aaron R. Easley, Esq.
                Sessions, Israel & Shartle, LLC
                3 Cross Creek Drive
                Flemington, NJ 08822
                Telephone: (908) 237-1660

                        Facsimile: (877) 334-0661
                        Email: aeasley@sessions.legal
                        Attorneys for Defendant,
                        Convergent Outsourcing, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, a copy of the foregoing was served through the Electronic Document Delivery System upon the Clerk of the Court and counsel for Plaintiff via U.S. Mail at the below address:

Patrice Neil – *Pro Se Plaintiff*
1410 Wood Road, Apt. MH
Bronx, NY 10462

                        /s/ Aaron R. Easley
                        Aaron R. Easley, Esq.
                        Attorneys for Defendant,
                        Credence Resource Management, LLC