```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
 :
PATRICE NEIL, :
 :
 :
 Plaintiff, :
 : 1:24-cv-5901-GHW
 -against- :
 : ORDER
 :
CREDENCE RESOURCE MANAGEMENT, :
LLC, :
 :
 Defendant. :
 :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on August 2, 2024. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than August 16, 2024. Additionally, Plaintiff, or any counsel Plaintiff chooses to retain for this action, is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

    SO ORDERED.

Dated: August 5, 2024

                                                                   _____
                                                                     GREGORY H. WOODS
                                                              United States District Judge