Case 1:24-cv-05901-GHW   Document 11   Filed 10/02/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRICE NEIL,                                      :
                                                   :
                          Plaintiff,               :
                                                   :                1:24-cv-5901-GHW
              -against-                            :
                                                   :                     ORDER
CREDENCE RESOURCE MANAGEMENT,                      :
LLC,                                               :
                                                   :
                          Defendant.               :
                                                   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated August 5, 2024, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than October 1, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's August 5 order forthwith and in any event no later than October 4, 2024.

    SO ORDERED.

Dated:  October 2, 2024
New York, New York
                                             GREGORY H. WOODS
                                         United States District Judge