

AARON R. EASLEY
Direct: (908) 237-1660
aeasley@sessions.legal

October 7, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2024

Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re: **Patrice Neil v. Credence Resource Management, LLC**
     **Index No.: 1:24-cv-5901-GHW**

Dear Judge Woods:

Sessions, Israel & Shartle, LLC represents Credence Resource Management, LLC in the above matter. The parties are to appear before Your Honor for an Initial Conference on October 8, 2024.

Because of an injury to the undersigned's neck this past Friday and the doctor's directive to immobilize my neck, the undersigned requests that the Initial Conference be adjourned to the week of October 21, except for October 25 because of an earlier scheduled appearance.

Respectfully submitted,

Aaron R. Easley, Esq.

ARE/cjg

Application granted in part. Defendant's October 7, 2024 request to adjourn the initial pretrial conference, Dkt. No. 13, is granted in part. The initial pretrial conference scheduled for October 8, 2024 is adjourned to November 1, 2024 at 10:00 a.m. The Court directs Defendant to comply in the future with the Court's Individual Rule 1(A), which requires a party that seeks relief from the Court to indicate whether its adversary consents to the request. Defendant is directed to serve a copy of this memorandum endorsement on Plaintiff promptly and file proof of service. The Clerk of Court is directed to mail a copy of this memorandum endorsement to Plaintiff and to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: October 7, 2024
New York, New York

GREGORY H. WOODS
United States District Judge

3 Cross Creek Drive    Flemington, New Jersey    08822-4938
(908) 237-1660    (908) 237-1663 F    www.sessions-law.com

CALIFORNIA • COLORADO • FLORIDA • GEORGIA • ILLINOIS • LOUISIANA • NEW JERSEY • NEW YORK • PENNSYLVANIA • TEXAS