```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PATRICE NEIL, :
:
                        Plaintiff, :      1:24-cv-5901-GHW
:
        -against- :          ORDER
:
CREDENCE RESOURCE MANAGEMENT, LLC, :
:
                      Defendant. :
:
-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

      An initial pre-trial conference was scheduled to occur in this matter on November 1, 2024 at 10:00 a.m. Dkt. No. 14. On October 28, 2025, the plaintiff requested to adjourn the conference by submitting a handwritten form through the Pro Se Intake Unit ("Request"). Dkt. No. 17. The Request to Adjourn was not docketed or otherwise provided to the Court until November 4, 2024. Consequently, the Court, the Court's staff, and the defendant's counsel appeared at the November 1, 2024 conference but the plaintiff did not.

      The Court will hold additional initial pre-trial conference on January 7, 2025 at 11:00 a.m. The joint status letter and proposed case management plan described in the Court's August 5, 2024 order are due no later than December 30, 2024.

      The Clerk of Court is directed to mail a copy of this order to the plaintiff by certified mail.

      SO ORDERED.

Dated: November 9, 2024
      New York, New York

                                                      _____
                                                           GREGORY H. WOODS
                                                      United States District Judge